UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO EL,

        Plaintiff,

    v.

J. R. YOUNT, et al.,

        Defendants.

Case No. 18-cv-06061-HSG

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On October 24, 2018, the Court denied Plaintiff Antonio El's motion to proceed *in forma pauperis* for failure to answer the applicable questions with sufficient detail, and ordered Plaintiff to file a renewed motion to proceed in forma pauperis or pay the filing fee within 60 days. Dkt. No. 9. The Court made clear in its order that failure to adhere to this deadline would result in the dismissal of this action without prejudice. *Id.* at 2. Because Plaintiff did not submit a renewed application or pay the filing fee by the deadline, this action is dismissed without prejudice. The Clerk is directed to close the case.

    **IT IS SO ORDERED.**

Dated: December 28, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge